IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CHRISTOPHER TIM FLORENCE,       )
                                )
                     Petitioner, )
                                )
          v.                    )        1:12CV905
                                )        1:04CR497-1
UNITED STATES OF AMERICA,        )
                                )
                     Respondent. )

ORDER

On July 20, 2015, the United States Magistrate Judge's Recommendation was filed and notice was served on Petitioner pursuant to 28 U.S.C. § 636. Petitioner filed objections [Doc. #127] to the Recommendation within the time limit prescribed by Section 636. The Court has reviewed Petitioner's objections *de novo* and finds they do not change the substance of the United States Magistrate Judge's Recommendation [Doc. #125], which is affirmed and adopted.

IT IS THEREFORE ORDERED that Respondent's Motion to Dismiss [Doc. #106] is GRANTED, that Petitioner's Motion [Doc. #100] to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 and Petitioner's Motion [Doc. #124] seeking reconsideration under 18 U.S.C. § 3742(e) are DISMISSED, and this action is DISMISSED, and that, finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is DENIED.

This, the 28th day of August, 2015.

United States District Judge